Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Stratosphere Gaming LLC d/b/a*
*THE STRAT*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CHAVEZ, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>STRATOSPHERE GAMING, LLC dba STRATOSPHERE TOWER CASINO & HOTEL – TOP OF THE WORLD, a limited liability company;<br><br>         Defendant. | Case No.  2:20-cv-01048-GMN-NJK<br><br>**STIPULATION AND ORDER TO CORRECT CAPTION, ACCEPT SERVICE BY CORRECT ENTITY, DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Stratosphere Gaming LLC d/b/a THE STRAT ("Defendant"), erroneously named as *Stratosphere Gaming, LLC dba Stratosphere Tower Casino & Hotel-Top of the World,* as follows:

1. A Summons and Complaint was served on June 16, 2020 to the erroneously named entity listed in the Court Caption, and Defendant has informed Plaintiff of the correct entity name and agreed to accept Service of the Summons and Complaint on behalf of Stratosphere Gaming LLC d/b/a THE STRAT, effective today, July 29, 2020.

2. Plaintiff and Defendant stipulate and respectfully request the Court Caption be corrected to list as the Defendant:

3. Plaintiff and Defendant stipulate that a response to the Complaint is due in 21 days, on August 19, 2020.

4. This is the first request by the Parties to correct the caption, accept service, and for Defendant to file a response to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

Dated this 29th day of July, 2020.

| LAW OFFICE OF MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak* <br> Philip J. Trenchak, Esq., Bar No. 9924 <br> 1614 S. Maryland Parkway <br> Las Vegas, Nevada 89104 <br><br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Stratosphere Gaming, LLC.* |

## ORDER

IT IS HEREBY ORDERED that:

1. The case caption will be corrected to reflect the Defendant's name in this case as: Stratosphere Gaming, LLC d/b/a THE STRAT; and,

2. Defendant Stratosphere Gaming LLC d/b/a THE STRAT will file a response to Plaintiff's Complaint no later than, August 19, 2020.

Dated July 30, 2020

_____
United States Magistrate Judge

4818-7832-4933, v. 1