# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELIZABETH CHAVEZ,

    Plaintiff,

v.

STRATOSPHERE GAMING LLC,

    Defendant.

Case No.: 2:20-cv-01048-GMN-NJK

**Order**

    Pending before the Court is a joint status report requesting both that the Court lift the stay in the instant case and requesting the Court impose a proposed discovery plan. Docket No. 40. This Court's Local Rules require each type of requested relief to be filed in a separate document. *See* LR IC 2-2(b). Accordingly, the parties' requests are **DENIED** without prejudice.

    IT IS SO ORDERED.

    Dated: June 2, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge