Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Stratosphere Gaming LLC d/b/a*
*THE STRAT*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CHAVEZ, an individual, | |
| Plaintiff, | Case No.:  2:20-cv-01048-GMN-NJK |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STRATOSPHERE GAMING LLC d/b/a THE STRAT, a limited liability company; | |
| Defendant. | |

Defendant Stratosphere Gaming, LLC d/b/a THE STRAT, by and through its counsel of record, and Plaintiff Elizabeth Chavez, by and through her counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2          This stipulation and order is sought in good faith and not for the purpose of delay.

3          Dated this 27th day of January, 2023.

4

5    LAW OFFICE OF                          JACKSON LEWIS P.C.
     MULLINS & TRENCHAK

6

7    */s/ Philip J. Trenchak*                 */s/ Deverie J. Christensen*
     Philip J. Trenchak, Esq., Bar No. 9924   Deverie J. Christensen, Bar No. 6596
8    1614 S. Maryland Parkway                 300 S. Fourth Street, Suite 900
     Las Vegas, Nevada 89104                  Las Vegas, Nevada 89101

9    *Attorney for Elizabeth Chavez*          *Attorneys for Defendant*
                                              *Stratosphere Gaming LLC.*
10

11                              **ORDER**

12          IT IS SO ORDERED  _____January_____27_____, 2023.

13

14                              _____

15                              U.S. District Judge/Magistrate Judge

16

17

18          4878-5719-6621, v. 1

19

20

21

22

23

24

25

26

27

28